IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

ST HENRY CATHOLIC CHURCH,⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀)⠀⠀TC-MD 140350D
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
MULTNOMAH COUNTY ASSESSOR,⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀)⠀⠀**FINAL DECISION OF DISMISSAL**

⠀⠀⠀⠀⠀This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal entered November 4, 2014.  The court did not receive a request for an award of costs

and disbursements within 14 days after its Decision was entered.  *See* TCR-MD 19.

⠀⠀⠀⠀⠀This matter is before the court on Plaintiff's request, filed October 24, 2014, to withdraw

its Complaint.  As of the date of this Decision of Dismissal, Defendant has not responded to

Plaintiff's request.  Having considered Plaintiff's request, the court finds that the case should be

dismissed.  Now, therefore,

⠀⠀⠀⠀⠀IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

⠀⠀⠀⠀⠀Dated this ⠀⠀ day of November 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on November 24, 2014, and filed the same date. The court filed and entered this document on November 24, 2014.*